# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DEBORAH FISCHBACH, | : | |
| Plaintiff, | : | Case No. 3:11cv00016 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| COMMUNITY MERCY HEALTH PARTNERS, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

For good cause shown, namely computer problems interfering with Plaintiff's ability to timely file her response to Defendants' Motion for Summary Judgment, counsel's verbal request for a brief extension of time to respond to Defendants' Motion for Summary Judgment is GRANTED.  Plaintiff shall file her response to Defendants' Motion for Summary Judgment **on or before August 20, 2012**.

August 16, 2012

                                                                                              s/Sharon L. Ovington
                                                                                               Sharon L. Ovington
                                                                        United States Magistrate Judge